UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                          §
                                                §
ROMAN, DAVID F                                  §          Case No. 07-72254
                                                §
                                                §
            Debtor(s)                           §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on             .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____     By:/s/DANIEL M. DONAHUE_____
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | BANK OF LAKE MILLS |  |  |  |  |  |
|  | BANK OF LAKE MILLS |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BLACKHAWK STATE BANK | | | | | |
| | AMCORE BANK | | | | | |
| 000002A | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES,LTD. | | | | | |
| AL'S HANDYMAN SERVICE | | | | | |
| CITY OF LAKE MILLS | | | | | |
| DL ANDERSON CO | | | | | |
| DWAYNE'S HOME & BUSINESS SERVICES | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| EXPRESS MAIL | | | | | |
| GARBAGE REMOVAL | | | | | |
| NEUBERGER, WAKEMAN, LORENZ... | | | | | |
| PARTNERS TITLE LLC | | | | | |
| PARTNERS TITLE LLC | | | | | |
| RECORDING FEES | | | | | |
| REUBEN F. SCHULZ | | | | | |
| ROBERT ROMAN BANKRUPTCY ESTATE | | | | | |
| RURAL WATER SERVICE LLC | | | | | |
| WE ENERGIES | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| UNITED STATES TREASURY | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TAXES:  2006 AND 2007 | | | | | |
| TAXES:  2008 | | | | | |
| TRANSFER TAX | | | | | |
| WISCONSIN DEPARTMENT OF REVENUE | | | | | |
| INTERNAL REVENUE SERVICE | | | | | |
| UNITED STATES TREASURY | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| WIPFLI | | | | | |
| RE/MAX COMMUNITY REALTY LLC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000002B | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001B | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 07-72254    MLB   Judge: MANUEL BARBOSA | |
| Case Name: | ROMAN, DAVID F | |

For Period Ending:  01/14/13

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Date Filed (f) or Converted (c): | 09/21/07 (f) |
| 341(a) Meeting Date: | 10/25/07 |
| Claims Bar Date: | 10/23/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2316 Rock Terrace, Rockford | 230,000.00 | 0.00 | | 0.00 | FA |
| 2. W7866 Shore Acres Rd., Lake Mills, WI | 660,000.00 | 325,000.00 | | 325,000.00 | FA |
| 3. Cash on hand | 500.00 | 0.00 | | 0.00 | FA |
| 4. Checking Account | 0.00 | 0.00 | | 0.00 | FA |
| 5. Household goods and furnishings | 2,400.00 | 0.00 | | 0.00 | FA |
| 6. Books, etc. | 500.00 | 0.00 | | 0.00 | FA |
| 7. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 8. Life insurance policy | 0.00 | 0.00 | | 0.00 | FA |
| 9. Land Trust | 0.00 | 0.00 | | 0.00 | FA |
| 10. 2002 Dodge Caravan | 10,000.00 | 4,000.00 | | 4,000.00 | FA |
| 11. 2001 Deck boat | 5,000.00 | 0.00 | | 0.00 | FA |
| 12. Post-Petition Interest Deposits (u) | Unknown | 39.09 | | 39.09 | FA |

Gross Value of Remaining Assets

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $908,900.00 | $329,039.09 | $329,039.09 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further remains to be done.

Initial Projected Date of Final Report (TFR): 07/01/09     Current Projected Date of Final Report (TFR): 06/01/12

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

Ver: 17.01

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 07-72254 -MLB |
|---|---|
| Case Name: | ROMAN, DAVID F |

Taxpayer ID No: *******3378
For Period Ending: 01/14/13

| Trustee Name: | DANIEL M. DONAHUE |
|---|---|
| Bank Name: | Bank of America, NA |
| Account Number / CD #: | *******0153 MONEY MARKET |

Blanket Bond (per case limit): $ 1,500,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/23/08 | 2 | FIDELITY LAND TITLE LTD. | SALE PROEEDS: REAL ESTATE | | 32,934.81 | | 32,934.81 |
| | | WILLIAM AND MARIE BUSH | Memo Amount: 650,000.00 | 1110-000 | | | |
| | | | SALE PROCEEDS: REAL ESTATE | | | | |
| | | | Memo Amount: ( 15,493.38 ) | 2820-000 | | | |
| | | | TAXES: 2006 AND 2007 | | | | |
| | | | Memo Amount: ( 3,743.71 ) | 2820-000 | | | |
| | | | TAXES: 2008 | | | | |
| | | BANK OF LAKE MILLS | Memo Amount: ( 177,849.05 ) | 4110-000 | | | |
| | | | PAYOFF: 1ST MORTGAGE | | | | |
| | | BANK OF LAKE MILLS | Memo Amount: ( 181,378.94 ) | 4110-000 | | | |
| | | | PAYOFF: SECOND MORTGAGE | | | | |
| | | BLACKHAWK STATE BANK | Memo Amount: ( 158,969.86 ) | 4110-000 | | | |
| | | | PAYOFF: MORTGAGE | | | | |
| | | | Memo Amount: ( 85.55 ) | 2500-000 | | | |
| | | | GARBAGE REMOVAL | | | | |
| | | RURAL WATER SERVICE LLC | Memo Amount: ( 380.00 ) | 2500-000 | | | |
| | | | WELL/WATER INSPECTION | | | | |
| | | RE/MAX COMMUNITY REALTY LLC | Memo Amount: ( 39,000.00 ) | 3510-000 | | | |
| | | | REAL ESTATE COMMISSION | | | | |
| | | PARTNERS TITLE LLC | Memo Amount: ( 25.00 ) | 2500-000 | | | |
| | | | DOCUMENT PREPARATION FEE | | | | |
| | | NEUBERGER, WAKEMAN, LORENZ... | Memo Amount: ( 65.00 ) | 2500-000 | | | |
| | | | ATTORNEY'S FEES | | | | |
| | | PARTNERS TITLE LLC | Memo Amount: ( 1,650.00 ) | 2500-000 | | | |
| | | | TITLE INSURANCE POLICY | | | | |
| | | | Memo Amount: ( 123.00 ) | 2500-000 | | | |
| | | | RECORDING FEES | | | | |
| | | | Memo Amount: ( 1,950.00 ) | 2820-000 | | | |

Page Subtotals     32,934.81     0.00

Ver: 17.01

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

Page:   2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-72254  -MLB | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | ROMAN, DAVID F | Bank Name: | Bank of America, NA |
| | | Account Number / CD #: | *******0153  MONEY MARKET |

| Taxpayer ID No: | *******3378 | | |
| For Period Ending: | 01/14/13 | Blanket Bond (per case limit): | $  1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | TRANSFER TAX | | | | |
| | | REUBEN F. SCHULZ | Memo Amount:      (       138.00 ) | 2500-000 | | | |
| | | | SURVEY COSTS | | | | |
| | | CITY OF LAKE MILLS | Memo Amount:      (       707.47 ) | 2500-000 | | | |
| | | | DELINQUENT UTILITIES | | | | |
| | | | Memo Amount:      (        20.00 ) | 2500-000 | | | |
| | | | EXPRESS MAIL | | | | |
| | | DWAYNE'S HOME & BUSINESS SERVICES | Memo Amount:      (     1,615.00 ) | 2500-000 | | | |
| | | | REPAIRS | | | | |
| | | | Memo Amount:      (        68.31 ) | 2500-000 | | | |
| | | | WE ENERGIES | | | | |
| | | | Memo Amount:      (       393.11 ) | 2500-000 | | | |
| | | | DL ANDERSON CO | | | | |
| | | | Memo Amount:      (       475.00 ) | 2500-000 | | | |
| | | | AL'S HANDYMAN SERVICE | | | | |
| | | ROBERT ROMAN BANKRUPTCY ESTATE | Memo Amount:      (    32,934.81 ) | 2500-000 | | | |
| | | | ONE-HALF PROCEEDS TO CO-OWNER | | | | |
| 07/31/08 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.53 | | 32,935.34 |
| 08/15/08 | 10 | MARGARET ROMAN | INTEREST IN VEHICLE | 1129-000 | 4,000.00 | | 36,935.34 |
| 08/29/08 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 4.38 | | 36,939.72 |
| 09/30/08 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 4.54 | | 36,944.26 |
| 10/31/08 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 3.58 | | 36,947.84 |
| 11/28/08 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 3.03 | | 36,950.87 |
| 12/31/08 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.86 | | 36,952.73 |
| 01/30/09 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.31 | | 36,953.04 |
| 02/27/09 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.28 | | 36,953.32 |
| 03/31/09 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.31 | | 36,953.63 |
| 04/30/09 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.81 | | 36,954.44 |
| 05/29/09 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.94 | | 36,955.38 |

Page Subtotals                4,020.57                0.00

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   3

Exhibit 9

| Case No: | 07-72254  -MLB |
|---|---|
| Case Name: | ROMAN, DAVID F |

| Trustee Name: | DANIEL M. DONAHUE |
|---|---|
| Bank Name: | Bank of America, NA |
| Account Number / CD #: | *******0153  MONEY MARKET |

| Taxpayer ID No: | *******3378 |
|---|---|
| For Period Ending: | 01/14/13 |

| Blanket Bond (per case limit): | $  1,500,000.00 |
|---|---|
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/23/09 | 001000 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA  70139 | Blanket Bond | 2300-000 | | 41.22 | 36,914.16 |
| 06/30/09 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.91 | | 36,915.07 |
| 07/31/09 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.94 | | 36,916.01 |
| 08/31/09 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.94 | | 36,916.95 |
| 09/30/09 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.91 | | 36,917.86 |
| 10/30/09 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.94 | | 36,918.80 |
| 11/30/09 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.91 | | 36,919.71 |
| 12/31/09 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.94 | | 36,920.65 |
| 01/29/10 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.94 | | 36,921.59 |
| 02/26/10 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.85 | | 36,922.44 |
| 03/31/10 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.94 | | 36,923.38 |
| 04/13/10 | 001001 | AMCORE BANK | SETTLEMENT OF STATE COURT ACTION | 4120-000 | | 1,500.00 | 35,423.38 |
| 04/30/10 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.91 | | 35,424.29 |
| 05/06/10 | 001002 | MCGREEVY WILLIAMS, P.C. | INTERIM ATTORNEY'S FEES (1ST APPL) | 3110-000 | | 9,529.00 | 25,895.29 |
| 05/06/10 | 001003 | MCGREEVY WILLIAMS, P.C. | INTERIM LEGAL EXPENSES (1ST APPL) | 3120-000 | | 105.39 | 25,789.90 |
| 05/28/10 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.71 | | 25,790.61 |
| 06/08/10 | 001004 | INTERNATIONAL SURETIES,LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA  70139 | Blanket Bond #016018067 | 2300-000 | | 20.78 | 25,769.83 |
| 06/30/10 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.64 | | 25,770.47 |
| 07/30/10 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.66 | | 25,771.13 |
| 08/31/10 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.66 | | 25,771.79 |
| 09/30/10 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.64 | | 25,772.43 |
| 10/29/10 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.65 | | 25,773.08 |
| 11/30/10 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.64 | | 25,773.72 |
| 12/31/10 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.66 | | 25,774.38 |
| 01/31/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.66 | | 25,775.04 |

Page Subtotals                 16.05           11,196.39

Ver: 17.01

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| | |
|---|---|
| Case No: | 07-72254 -MLB |
| Case Name: | ROMAN, DAVID F |
| Taxpayer ID No: | *******3378 |
| For Period Ending: | 01/14/13 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | Bank of America, NA |
| Account Number / CD #: | *******0153  MONEY MARKET |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/28/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.20 | | 25,775.24 |
| 03/31/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.22 | | 25,775.46 |
| 04/29/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.20 | | 25,775.66 |
| 05/31/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.23 | | 25,775.89 |
| 06/16/11 | 001005 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | Blanket Bond #016018067 TERM:  06/01/11 - 06/01/12 | 2300-000 | | 22.06 | 25,753.83 |
| 06/30/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.21 | | 25,754.04 |
| 07/29/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.21 | | 25,754.25 |
| 08/31/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.22 | | 25,754.47 |
| 09/30/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.21 | | 25,754.68 |
| 10/31/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.22 | | 25,754.90 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 32.81 | 25,722.09 |
| 11/30/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.21 | | 25,722.30 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 31.71 | 25,690.59 |
| 12/30/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.21 | | 25,690.80 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 31.67 | 25,659.13 |
| 01/19/12 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 25,659.26 |
| 01/19/12 | | Transfer to Acct #*******3788 | Bank Funds Transfer | 9999-000 | | 25,659.26 | 0.00 |

Page Subtotals          2.47          25,777.51

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   5

Exhibit 9

| Case No: | 07-72254  -MLB |
|---|---|
| Case Name: | ROMAN, DAVID F |

| Taxpayer ID No: | *******3378 |
| For Period Ending: | 01/14/13 |

| Trustee Name: | DANIEL M. DONAHUE |
|---|---|
| Bank Name: | Bank of America, NA |
| Account Number / CD #: | *******0153  MONEY MARKET |

| Blanket Bond (per case limit): | $  1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | Memo Allocation Receipts: | 650,000.00 | COLUMN TOTALS | | 36,973.90 | 36,973.90 | 0.00 |
|---|---|---|---|---|---|---|---|---|
| | | Memo Allocation Disbursements: | 617,065.19 | Less:  Bank Transfers/CD's | | 0.00 | 25,659.26 | |
| | | | | Subtotal | | 36,973.90 | 11,314.64 | |
| | | Memo Allocation Net: | 32,934.81 | Less:  Payments to Debtors | | | 0.00 | |
| | | | | Net | | 36,973.90 | 11,314.64 | |

Page Subtotals                    0.00                    0.00

Ver: 17.01

FORM 2

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 07-72254 -MLB |
| Case Name: | ROMAN, DAVID F |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | CONGRESSIONAL BANK |
| Account Number / CD #: | *******3788  GENERAL CHECKING |

| | |
|---|---|
| Taxpayer ID No: | *******3378 |
| For Period Ending: | 01/14/13 |

| | |
|---|---|
| Blanket Bond (per case limit): | $  1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/19/12 | | Transfer from Acct #*******0153 | Bank Funds Transfer | 9999-000 | 25,659.26 | | 25,659.26 |
| 02/13/12 | 000100 | INTERNAL REVENUE SERVICE | Form 4506 | 2990-000 | | 114.00 | 25,545.26 |
| | | RAIVS TEAM | Request for Copy of Tax Return (2006 and 2007) | | | | |
| | | STOP 37106 | | | | | |
| | | FRESNO, CA 93888 | | | | | |
| 04/04/12 | | UNITED STATES TREASURY | REFUND OF CHECK #100 | 2990-000 | | -114.00 | 25,659.26 |
| 06/19/12 | 000101 | INTERNATIONAL SURETIES, LTD. | BLANKET BOND - BOND #016018067 | 2300-000 | | 20.67 | 25,638.59 |
| | | 701 POYDRAS ST., STE. 420 | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 07/05/12 | 000102 | UNITED STATES TREASURY | FEIN 75-6843378 2008 FORM 2041 | 2810-000 | | 6,736.00 | 18,902.59 |
| 07/05/12 | 000103 | ILLINOIS DEPARTMENT OF REVENUE | FEIN 75-6843378 - YEAR END 12/31/08 | 2820-000 | | 1,617.00 | 17,285.59 |
| 07/05/12 | 000104 | WISCONSIN DEPARTMENT OF REVENUE | FEIN 75-6843378 YEAR END. 12/31/08 | 2820-000 | | 2,935.00 | 14,350.59 |
| 10/02/12 | 000105 | ILLINOIS DEPARTMENT OF REVENUE | ADDITIONAL TAXES DUE - 12/31/08 | 2820-000 | | 210.66 | 14,139.93 |
| | | POB 19006 | ACCOUNT ID:  14638-70592 | | | | |
| | | SPRINGFIELD, IL  62794-9006 | FEIN:  75-6843378 | | | | |
| 10/04/12 | 000106 | WIPFLI | ACCOUNTING FEES | 3410-000 | | 3,192.95 | 10,946.98 |
| | | 4949 Harrison Ave., Ste. 300 | Invoice #681238 | | | | |
| | | Rockford, IL 61125 | | | | | |
| 11/19/12 | 000107 | DANIEL M. DONAHUE, TRUSTEE | Chapter 7 Compensation/Fees | 2100-000 | | 3,000.00 | 7,946.98 |
| | | P.O. BOX 2903 | | | | | |
| | | ROCKFORD, IL  61132-2903 | | | | | |
| 11/19/12 | 000108 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 3,000.00 | 4,946.98 |
| 11/19/12 | 000109 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 128.11 | 4,818.87 |
| 11/19/12 | 000110 | Illinois Department of Revenue | Claim 000001A, Payment 0.1% | 5800-000 | | 75.54 | 4,743.33 |
| | | Bankruptcy Section | | | | | |
| | | 100 West Randolph Street Level 7-425 | | | | | |
| | | Chicago, Illinois 60601 | | | | | |
| 11/19/12 | 000111 | Internal Revenue Service | Claim 000002B, Payment 0.1% | 5800-000 | | 4,743.33 | 0.00 |

Page Subtotals     25,659.26     25,659.26

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

**FORM 2**

Page: 7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:  07-72254  -MLB
Case Name:  ROMAN, DAVID F

Taxpayer ID No:  *******3378
For Period Ending:  01/14/13

Trustee Name:  DANIEL M. DONAHUE
Bank Name:  CONGRESSIONAL BANK
Account Number / CD #:  *******3788  GENERAL CHECKING

Blanket Bond (per case limit):  $ 1,500,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | P.O. Box 21126 Philadelphia, PA 19114-0326 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 25,659.26 | 25,659.26 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 25,659.26 | 0.00 | |
| Memo Allocation Net: | 0.00 | Subtotal | 0.00 | 25,659.26 | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 25,659.26 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 650,000.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 617,065.19 | MONEY MARKET - ********0153 | 36,973.90 | 11,314.64 | 0.00 |
| Total Memo Allocation Net: | 32,934.81 | GENERAL CHECKING - ********3788 | 0.00 | 25,659.26 | 0.00 |
| | | | 36,973.90 | 36,973.90 | 0.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

Ver: 17.01

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*